## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS

GALILEO MONDOL, ALISON HINES, AND
MARK MONDOL,

        Plaintiffs,

v.                                            C.A. No. 1-15-cv-13697-ADB

CITY OF SOMERVILLE, JOSEPH CURTATONE,
ANTHONY PIERANTOZZI, AND GEORGE
SCARPELLI,

        Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Galileo Mondol, Alison Hines and Mark Mondol, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the trial court order allowing defendants' motion for summary judgment entered on the 26th day of October 2017, and the trial court order dismissing plaintiffs' action entered on the 27th day of October 2017.

Dated: October 30, 2017

Respectfully submitted,
Plaintiffs,
GALILEO MONDOL,
ALISON HINES and MARK MONDOL
By their attorneys,

*/s/ Christopher Maffucci*
Christopher Maffucci (BBO No. 645972)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA  02210
(617) 426-5900
maffucci@casneredwards.com

        /s/ *Selena Fitanides*
        Selena Fitanides (BBO# 645974)
        26 Flint Street
        Somerville, MA  02145
        (617) 797-3241
        sfitanides@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will only be sent this day to those participants indicated as non-registered participants.

        */s/ Christopher Maffucci*
        Christopher Maffucci

57798.2/698522.1